## Commonwealth *v.* Sundo, Appellant.

Argued September 11, 1967. *Dennis T. Kelly,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Alan J. Davis,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District

Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.